JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ho,<br><br>    Plaintiff,<br><br>  v.<br><br>Wing K. Lee, etc., et al.,<br><br>    Defendant(s).<br>_____ | SACV 16-00260 JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 25, 2016

                _____
                  James V. Selna
                 United States District Judge